No. 11–10413.  INGRAM v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 11–10415.  HERRERA v. ALMAGER, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–10416.  FREEMAN v. VOORHIES, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–10418.  LENOIR v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 11–10419.  KRUG v. BAKER ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–10420.  LEATHERMAN v. KENTUCKY.  Ct. App. Ky.  Certiorari denied.

No. 11–10421.  GARRETT v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–10423.  FLEMING v. OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 11–10424.  HILL v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 11–10425.  FREEMAN v. MOHR, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–10427.  ADAMS v. HART, WARDEN.  Super. Ct. Ware County, Ga.  Certiorari denied.

No. 11–10429.  MOSLEY v. BOWDEN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 11–10431.  WILLIAMS v. WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–10432.  OLAUSEN v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 11–10433.  WILLIAMS v. GRAHAM, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.